# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:11-cr-300-PMP-PAL |
| DARRYL SCOTT NICHOLS, | |
| Defendant. | **ORDER** |

On April 4, 2013, the Court granted James A. Oronoz, Esq.'s sealed "Motion for Leave to Withdraw as Counsel for Darryl Scott Nichols" (#28) and ordered new counsel appointed. Therefore;

IT IS HEREBY ORDERED that G. Oliver Melgar, Esq. is appointed as counsel for Darryl Scott Nichols in place of James A. Oronoz, Esq. for all future proceedings.

IT IS FURTHER ORDERED that Mr. Oronoz shall forward the file to Mr. Melgar forthwith.

DATED this  9th  day of April, 2013.

Nunc Pro Tunc: April 9, 2013.

_____
PHILIP M. PRO
United States District Judge